Burks, Appellant, *v.* Armstead.

Argued March 18, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

650

*John J. Dean,* with him *Charles F. Dean,* and *Dean & Dean,* for appellant.

*Orrin G. Hatch,* with him *Pringle, Bredin, Thomson, Rhodes & Grigsby,* for appellee.

OPINION PER CURIAM, April 16, 1968:
Judgment affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.